487 S.E.2d 854

**James GILMER, both personally and as Personal Representative of the Estate of Mallie S. Gilmer, Petitioner,**

v.

**John W. MARTIN, M.D., Respondent.**

**No. 24635.**

Supreme Court of South Carolina.

Heard June 4, 1997.

Decided June 16, 1997.

J. Stephen Welch of Welch & Crain, LLC, Greenwood, for petitioner.

John L. Choate and Allen Levin of Cozen & O'Connor, Columbia, for respondent.

be tried as adults. 492 U.S. at 366–67, 109 S.Ct. at 2973–74, 106 L.Ed.2d at 316–17.

ON WRIT OF CERTIORARI TO
THE COURT OF APPEALS

PER CURIAM:

We granted certiorari to review the Court of Appeals'
decision in *Gilmer v. Martin*, 323 S.C. 154, 473 S.E.2d 812
(Ct.App.1996). We dismiss certiorari as improvidently grant-
ed.